## WEBSTER TRUST ET AL. *v.* RUSSELL C. ROLY, SR., ET AL.

The petition for certification of the defendants, Gerald S. Adinolfi and Ruth A. Adinolfi, for appeal from the Appellate Court, 64 Conn. App. 233 (AC 20291), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the offer to purchase the land in question was a bona fide offer, so as to trigger the plaintiffs' right of first refusal?"

SULLIVAN, C. J., and KATZ, VERTEFEUILLE and ZARELLA, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16584.

*Frederick P. Leaf*, in support of the petition.

*Pasquale Young*, in opposition.

Decided September 20, 2001

## VINCENT PELLICCIONE *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF RIDGEFIELD

The plaintiff's petition for certification for appeal from the Appellate Court, 64 Conn. App. 320 (AC 20361), is denied.

*Robert A. Fuller*, in support of the petition.

*Thomas W. Beecher*, in opposition.

Decided September 20, 2001